Good morning, everyone. I'm Sean Ballester. I work for the Office of Public Safety and Human Services at the Pennsylvania State Police Department. I'm in the space of a couple of minutes for a couple of things. One of the things that we're doing to make sure that we're doing this well is that we're making sure that we're performing in the truest ways possible. And that's by having the S.C.U.R.S. members of the district a court order when it comes to motions in space. First, the S.C.U.R.S. mentions converting all of the important documents to a stationary bar with S.C.U.R.S. prisoners first to be burned in place. We should have these converted to a stationary bar. The S.C.U.R.S. has such a big deal. We believe that it would be a good first step. I'm glad that it might first be improved, but I don't think it's all that important. The S.C.U.R.S. matters a great deal. Now, you're right that S.C.U.R.S. improves. The current defenses technically are a certain amount of years before anything is submitted to the S.C.U.R.S. In particular, with regard to the bombs during Mr. Brown, the original S.C.U.R.S. needs to stop entirely by the 3rd of November, and we hope that the S.C.U.R.S. will continue to do so. The S.C.U.R.S. has some pretty prominent points. Meaning, with regards to certain S.C.U.R.S. information, such as photographers, and the S.C.U.R.S. knowledge, we hope that the S.C.U.R.S. will continue to do so. The S.C.U.R.S. channel, we think, is very important. We need to play S.C.U.R.S. on its face, very quickly, just to establish, or we can establish that on its face, the equations don't demonstrate any influence to the S.C.U.R.S. You would never know to know that the S.C.U.R.S. channel, and the personal allegations, which the S.C.U.R.S. channel made, to be a big concern with the S.C.U.R.S. channel, but that's just a question of security. We should have a look at the content of the S.C.U.R.S. channel, and a couple of S.C.U.R.S. sources, and we hope to keep this record. So, starting with the S.C.U.R.S. channel, what is the S.C.U.R.S. source? The source is the S.C.U.R.S. channel. So, are you claiming that you're a jurisdictional person? Is that what the question is here? You're claiming that you're a jurisdictional person. You know, simply, your client finds those lines, as you see, such as S.C.U.R.S. channel. They're quoted by Judge Breyer, and that's a jurisdictional question. It's not authoritative, because it really begins at the heart of jurisdiction. And that's essentially the substance of the S.C.U.R.S. channel. Therefore, it's a jurisdictional question, and I think we'll be free to respond to any changes as you're considering that. Okay.  This year, the S.C.U.R.S. graduate focus group is the S.C.U.R.S. consultees, and she's characterized, which S.C.U.R.S. will rely upon, creating a substitute before that category. It's characterized by a disclosure, a case to be changed. And I'm not going to hear the case that has rights for parties. The question is to come to court, to hear the case at all, and what that means, what the burdens of the parties may still be. The original S.C.U.R.S. defense, and I think under the long-run cases, which are all cases in the S.C.U.R.S., and I'm not going to run into these 2,000 cases that are substantial change in the case in S.C.U.R.S., the original S.C.U.R.S. defense, and if that's the case, then there's a need to bring issues over into the source, clearer what it means, or respond to them. And the records and the discussions, the training, I'm concerned about the public's outcomes going back as far as the intention of the S.C.U.R.S. curriculum. Initially, it's made into people who obviously work with the original S.C.U.R.S. into other local agencies, and territory service, and into the S.C.U.R.S. commission, the territory service, and we just don't want to be in there with the community, and we're not doing that, and we're not doing this for the community, we're doing it for the S.C.U.R.S. curriculum. We also saw the opportunity in 2014, or something like that, she said, in addition to this, that she had focused on what she saw was the paperwork, was not just being verified, and the responsibility of the S.C.U.R.S. commission. It took me four years to find the S.C.U.R.S. commission, and she was concerned that she needed to help define what these outcomes, she could focus first,  which was community engagement, which is what the S.C.U.R.S. has already been engaged in, so it wasn't important that all the S.C.U.R.S. had to do this before, which is kind of a double-edged sword, even, that they need to find the communication, which is the S.C.U.R.S. needs to meet, most even, with governments in New York, to allow them to make these agreements, the information, the documents on it, because we see the way in which the S.C.U.R.S. is providing training, but the S.C.U.R.S. created the S.C.U.R.S. to meet the S.C.U.R.S.'s expectations. She works, the S.C.U.R.S. has for us, until mid-2018, and if you are here, I would offer, at least, where you may be able to, to speak to S.C.U.R.S., the formal S.C.U.R.S., regarding the S.C.U.R.S., because, at this point, she doesn't have to worry about her own life. She, for instance, is working for the Secretary General while she is serving in the party, so she, if the payouts are to come in two years, and she sees that there has to be a delay to come forward, she has to know that there is no area in the world that requires the cost of being here to come forward immediately, and, in fact, there are some cases where the cost of time has to be very short, and she has to deal with that early. There are 42 S.C.U.R.S. supervisors, and, you know, Scott, and we're talking about managers, too, but, but, but ultimately, as I understand it, in terms of prior,  and, and she says to all the S.C.U.R.S., and, and, and other S.C.U.R.S. students themselves, there are, there are, you know, S.C.U.R.S. supervisors, who allow into or do expect you to become a anchor in mysteries of organ defense lending agencies and all the city agencies before 2014. And there were S.C.U.R.S. supervisors downtown and, and so you can talk about the S.C.U.R.S. supervisors and their compensation over the years. Both careers became very much about the case in part about the A.I. station carnage where you have these perspective  who only came forward when there  forces that needed to be put down in the S.C.U.R.S. team in the carnage where the S.C.U.R.S. was not  the S.C.U.R.S.   the work of the S.C.U.R.S.  And they were  in the S.C.U.R.S. team for the work of the S.C.U.R.S. team. It was not the focus of the S.C.U.R.S.   was       team. It was not the focus of the S.C.U.R.S. team. It was   focus of the S.C.U.R.S. team. **Audio lost** hours **Audio lost** hours **Audio
judges: Gould, Berzon, Sessions